# Fill in this information to identify your case and this filing:

Debtor 1: **William** (First Name) **Leon** (Middle Name) **Clemmens** (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: District of Arizona

Case number: 2:24-bk-01641-DPC

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

### 1.1
Street address: **512 & 510 W Gibson St**
City: **Miami**  State: **AZ**  ZIP: **85539**
County: **Gila**

What is the property? Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: **206-19-114A & 206-19-113**

Current value of the entire property? **$32,000.00**
Current value of the portion you own? **$2,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple by contract (in default)**

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

### 1.2
Street address: **See Part 1: Exhibit A attached**
City: _____  State: _____  ZIP: _____
County: _____

What is the property? Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☑ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

## Part 1:  Exhibit A

| Gila County Assessor's Office Parcel # \| Property Description | Ownership of Record | Property Value |
|---|---|---|
| 206-19-037<br>Garage Bldg<br>183 N Keystone Ave<br>Miami AZ 85539 | William L. Clemmens | $ 75,000.00 |
| 206-19-114A & 206-19-113<br>Residence<br>512 & 510 W Gibson St<br>Miami AZ 85539 | William L. Clemmens | $ 32,000.00<br>Balance owed:<br>$ 30,000.00 |
| 206-19-110<br>Adjoining Lots<br>506 & 508 W Gibson St<br>Miami AZ 85539 | William L. Clemmens<br>Note:  Ownership of Record not complete, negotiating with owner. | $ 10,000.00<br>Balance owed:<br>$ 7,400.00 |

The following properties have received notices of intention to file lawsuits to collect on Gila County Tax Liens:

| | | |
|---|---|---|
| 206-19-033<br>Felipe Bldg<br>159 N Keystone Ave<br>Miami AZ 85539 | Frontier Development, LLC<br>Note:  Frontier Development was not legally completed as a LLC and therefore William L. Clemmens is owner. | $ 150,000.00 |
| 206-19-039<br>VFW Bldg<br>195 N Keystone Ave<br>Miami AZ 85539 | Frontier Development, LLC<br>Note:  Frontier Development was not legally completed as a LLC and therefore William L. Clemmens is owner. | $ 200,000.00 |
| 206-19-047<br>Union Hall<br>136 N Miami Ave<br>Miami AZ 85539 | William L. Clemmens | $ 175,000.00 |

|  |  |
|---|---|
| 1.3. _____ Street address, if available, or other description | **What is the property?** Check all that apply.<br>☐ Single-family home<br>☐ Duplex or multi-unit building<br>☐ Condominium or cooperative<br>☐ Manufactured or mobile home<br>☐ Land<br>☐ Investment property<br>☐ Timeshare<br>☐ Other _____ |

City _____ State ____ ZIP Code ____

County _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? $_____
Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ............................................➔ **$ 2,000.00**

---

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: Chevrolet
     Model: Pickup
     Year: 1981
     Approximate mileage: unknown
     Other information:
     [                    ]

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ 2,000.00
Current value of the portion you own? $ 2,000.00

If you own or have more than one, describe here:

3.2. Make: Ford
     Model: 1 Ton
     Year: 1973
     Approximate mileage: unknown
     Other information:
     Lift Gate & Stake Bed

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Current value of the entire property? $ 2,500.00
Current value of the portion you own? $ 2,500.00

Debtor 1  William Leon Clemmens   Case number (if known) 2:24-bk-01641-DPC

3.3. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

3.4. Make: _____
Model: _____
Year: _____
Approximate mileage: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

4.1. Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

If you own or have more than one, list here:

4.2. Make: _____
Model: _____
Year: _____
Other information:
_____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  Current value of the portion you own?

$_____  $_____

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................................→  $ 4,500.00

Official Form 106A/B  Schedule A/B: Property  page 3

Debtor 1  William Leon Clemmens   Case number (if known) 2:24-bk-01641-DPC

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... 1/2 of kitchenware, gas stove, utensils           $ 350.00

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.......... cell phone on contract, desktop computer & laptop (5 yrs old), weather station    $ 275.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☑ Yes. Describe.......... Roll-top Desk & chair, printer, file cabinet, lamp, framed pictures    $ 500.00

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe.......... Exercise equipment (treadmill, stationary bike, rowing machine & free weights)    $ 1,000.00

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.......... Smith & Wesson Model 1500 30-06 with scope (broken stock)    $ 700.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe.......... Everyday clothes, work boots, running shoes, hats    $ 500.00

12. **Jewelry**
    *Examples*: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe..........    $

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........    $

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ............ Hearing Aids    $ 2,000.00

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ...................→   $ 5,325.00

Official Form 106A/B    Schedule A/B: Property    page 4

Debtor 1  William Leon Clemmens    Case number (if known) 2:24-bk-01641-DPC
         First Name  Middle Name  Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .................................................................................................................. Cash: ............ $ 50.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................

| | Institution name: | |
|---|---|---|
| 17.1. Checking account: | Wells Fargo Bank | $ 2,000.00 |
| 17.2. Checking account: | Washington Federal Bank | $ 900.00 |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes ................  Institution or issuer name:

$
$
$

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☐ No
☑ Yes. Give specific information about them.........

| Name of entity: | % of ownership: | |
|---|---|---|
| Total Engineering, LLC | 100 % | $ 436,832.20 |
| B&R Outlaws LLC | 100 % | $ 180,000.00 |
| Law Offices of William L. Clemmens | 100 % | $ 200.00 |

See Part 4: Exhibit A attached for specific information concerning the limited liability companies.

Debtor 1 William Leon Clemmens   Case number (if known) 2:24-bk-01641-DPC

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them........
    Issuer name:
    _____ $_____
    _____ $_____
    _____ $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☑ No
    ☐ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) or similar plan: | _____ | $_____ |
    | Pension plan: | _____ | $_____ |
    | IRA: | _____ | $_____ |
    | Retirement account: | _____ | $_____ |
    | Keogh: | _____ | $_____ |
    | Additional account: | _____ | $_____ |
    | Additional account: | _____ | $_____ |

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes..................

    | | Institution name or individual: | |
    |---|---|---|
    | Electric: | _____ | $_____ |
    | Gas: | _____ | $_____ |
    | Heating oil: | _____ | $_____ |
    | Security deposit on rental unit: | _____ | $_____ |
    | Prepaid rent: | _____ | $_____ |
    | Telephone: | _____ | $_____ |
    | Water: | _____ | $_____ |
    | Rented furniture: | _____ | $_____ |
    | Other: | _____ | $_____ |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes..................
    Issuer name and description:
    _____ $_____
    _____ $_____
    _____ $_____

Debtor 1  William Leon Clemmens  Case number (if known) 2:24-bk-01641-DPC

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes ............... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes. Give specific information about them.... $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them.... $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them.... $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. .......
    Federal: $_____
    State: $_____
    Local: $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information.............
    Alimony: $_____
    Maintenance: $_____
    Support: $_____
    Divorce settlement: $_____
    Property settlement: $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information............. $_____

Official Form 106A/B  Schedule A/B: Property  page 7

### 31. Interests in insurance policies
Examples: Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

### 32. Any interest in property that is due you from someone who has died
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No
☐ Yes. Give specific information............... $_____

### 33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment
Examples: Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☑ Yes. Describe each claim. ............. Claim against Bennu Properties, LLC and the estate of Andy Fritz for wrongful termination of Debtor's interest in the LLC.   $ 15,015,000.00

### 34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No
☐ Yes. Describe each claim. ................ $_____

### 35. Any financial assets you did not already list

☑ No
☐ Yes. Give specific information............ $_____

### 36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here → $ 15,634,982.00

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

### 37. Do you own or have any legal or equitable interest in any business-related property?
☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

### 38. Accounts receivable or commissions you already earned
☑ No
☐ Yes. Describe....... $_____

### 39. Office equipment, furnishings, and supplies
Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☑ No
☐ Yes. Describe....... $_____

## Part 4: Exhibit A

[]   <u>Total Engineering, LLC</u>, a Washington state limited liability company, owns the commercial building known as 416 West Sullivan Street – Miami, Arizona 85539 utilized by B&R Outlaws LLC dba Wild Horses Saloon & Chuckwagon and adjoining antique store. Total Engineering, LLC sold the Laurel Street Apartments located in Miami, Arizona, and receives payment in the amount of $2,000.00 per month with a total encumbrance against the apartment property (Gila County Assessor's Office Parcel Number 204-15-042 known as the Laurel Street Apartments – Miami, Arizona) with a remaining balance owed in the amount of $186,832.20. Total Engineering, LLC also owns the tools and equipment utilized by Debtor in the maintenance and repair of the commercial properties located in the town of Miami.

Gila County Assessor's Office Parcel Number 206-19-045C known as 416 West Sullivan Street – Miami, Arizona.

| Gila County Assessor's Office Parcel # \| Property Description | Ownership of Record | Property Value |
|---|---|---|
| 206-19-045C<br>Wild Horses Saloon & Antique Store + Side Lot<br>416 W Sullivan St<br>Miami AZ 85539 | Total Engineering, LLC | $   250,000.00 |

[]   <u>B&R Outlaws LLC</u> owns the State of Arizona Liquor License 06040055 and equipment, and operates the business known as Wild Horses Saloon & Chuckwagon and adjoining antique store including the inventory (5,000.00). The total value of B&R Outlaws LLC is $180,000.00

[]   <u>Law Offices of William L. Clemmens</u> advance on legal fees in the office bank account in the amount of $200.00 as assets. The office has also received a 1970s 18ft boat, motor, and trailer in payment for legal services but has not obtained a clear title to the property at this time.

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe......... See Part 4: Exhibit A attachment                    $_____

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe......... See Part 4: Exhibit A Attachment                    $_____

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe.......
      Name of entity:                                      % of ownership:
      _____      _____%    $_____
      _____      _____%    $_____
      _____      _____%    $_____

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
      - ☐ No
      - ☐ Yes. Describe........                                                    $_____

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information .........
      _____                 $_____
      _____                 $_____
      _____                 $_____
      _____                 $_____
      _____                 $_____
      _____                 $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................... →  $        0.00

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes.................                                                        $_____

Debtor 1  William Leon Clemmens      Case number (if known) 2:24-bk-01641-DPC

### Part 6 (continued)

**48. Crops—either growing or harvested**
☑ No
☐ Yes. Give specific information. ............  $_____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
☑ No
☐ Yes. ..........................  $_____

**50. Farm and fishing supplies, chemicals, and feed**
☑ No
☐ Yes. ..........................  $_____

**51. Any farm- and commercial fishing-related property you did not already list**
☑ No
☐ Yes. Give specific information. ............  $_____

**52.** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ...............→  $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

**53. Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information. ............  $_____
$_____
$_____

**54.** Add the dollar value of all of your entries from Part 7. Write that number here ...............→  $ 0.00

## Part 8: List the Totals of Each Part of this Form

**55.** Part 1: Total real estate, line 2 ...............→  $ 2,000.00

**56.** Part 2: Total vehicles, line 5    $ 4,500.00

**57.** Part 3: Total personal and household items, line 15    $ 5,325.00

**58.** Part 4: Total financial assets, line 36    $_____

**59.** Part 5: Total business-related property, line 45    $_____

**60.** Part 6: Total farm- and fishing-related property, line 52    $_____

**61.** Part 7: Total other property not listed, line 54    +$_____

**62. Total personal property.** Add lines 56 through 61. ..............  $ 9,825.00  Copy personal property total →  +$ 9,825.00

**63. Total of all property on Schedule A/B.** Add line 55 + line 62 ................  $ 11,825.00